ORIGINAL

**SEALED**
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 4 2025

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK MAKINI CLARK,<br><br><br>    Defendant. | Case No. **CR 25-00089 HG**<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(C), 841(b)(1)(D); 18<br>U.S.C. §§ 922(g)(1), 924(a)(8),<br>924(c)(1)(A)(i)] |

## INDICTMENT

The Grand Jury charges:

## Count 1
### Possession with Intent to Distribute Controlled Substances
### (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D))

On or about June 14, 2024, in the District of Hawaii, PATRICK MAKINI CLARK, the defendant, did knowingly and intentionally possess with intent to distribute controlled substances, namely cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## Count 2
### Possession of Firearms in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about June 14, 2024, in the District of Hawaii, PATRICK MAKINI CLARK, the defendant, did knowingly possess one or more firearms, namely a Glock 22 with no serial number, a Thompson Auto Ordinance .45 caliber pistol, and a Taurus Model 992 .22 caliber revolver, in furtherance of a drug trafficking crime for which he may prosecuted in a court of the United States, namely the drug trafficking crime charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## Count 3
### Felon in Possession of Firearms
### (18 U.S.C. § 922(g))

On or about June 14, 2024, in the District of Hawaii, PATRICK MAKINI CLARK, the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess one or more firearms, namely a Thompson Auto Ordinance .45 caliber pistol and a Taurus Model 992 .22 caliber revolver, with said firearms having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## First Forfeiture Notice

1.     The allegations in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2.     The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of the offense in violation of Title 21, United States Code, Section 841 charged in Count 1 of this Indictment, PATRICK MAKINI CLARK, the defendant, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly,

3

as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including the Glock 22 with no serial number, a Thompson Auto Ordinance .45 caliber pistol, and a Taurus Model 992 .22 caliber revolver recovered from PATRICK MAKINI CLARK, the defendant, on or about June 14, 2024.

3.    If any of the property subject to forfeiture described in paragraph 2 of this first forfeiture notice, by any act of omission of PATRICK MAKINI CLARK, the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2 of this first forfeiture notice, pursuant to Title 21, United States Code, Section 853(p).

## Second Forfeiture Notice

1.      The allegations contained in Counts 1, 2, and 3 of this Indictment are realleged for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The United States hereby gives notice that upon conviction of an offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) charged in Count 2 of this Indictment, or an offense in violation of Title 18, United States Code, Section 922(g)(1) charged in Count 3 of this Indictment, PATRICK MAKINI CLARK, the defendant, shall forfeit to the United States any firearms and ammunition involved in or used in the commission of those offenses, including the Glock 22 with no serial number, a Thompson Auto Ordinance .45 caliber pistol, and

//

//

//

//

//

//

//

//

5

a Taurus Model 992 .22 caliber revolver recovered from PATRICK MAKINI

CLARK, the defendant, on or about June 14, 2024.

DATED: September 4, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney

United States v. Patrick Makini Clark
Indictment
Case No.  CR25-00089 HG

6